FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,
Subchapter VI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____ DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 06 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

_Watson A Curtis_, )
                   )
Plaintiff,         )
                   )
v.                 )   Civil Action No.: 6:17CV00021
                   )   (To be assigned by Clerk of District Court)
_Tr Tech Human Resource Officer_ )
_Ruttaci Kids TCA Staff_         )
                                 )
Defendant(s).                    )
(Enter the full name(s) of ALL parties in this lawsuit. )
Please attach additional sheets if necessary). )

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name: _Watson Andrana Curtis_

   Address: _Bldg 804 Greenfield Dr., Apt # 18 Lynchburg, VA 24501_

   Telephone Number: _(434) 209-7109_

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

   Name: _Ruttaci Kids At TCA Staff_

   Address: _7331 Timberlake Road Ste 103_
   _Lynchburg, VA 24502_

   _(434) 237-1065_

b. Defendant No. 2 _KOC Industries Corp_ (Tr. Tech (dos))  #(800) 845-7023
   Name: _Any Human Resource Officer that handled Spokesperson_
   Address: _1000 Robin Rd, Chop, VA_ (Street off of Grove Street)

NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   _Nov 6, 2015_

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   _Jan 11, 2016_

5. What action did the Commission or its representatives take in regard to your complaint?

   _I just recieved a statement last week (Feb 2017) saying that the case was dismissed, they couldn't find any wrongdoing._

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   _Yes, See Above_

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   _No_

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   _No_

   If your answer to 8. is yes, describe the action in the spaces below.

2

a. Parties to the action: _____

_____

b. Court (if federal court, give district; if state court, name the city or county):

_____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____ If not, what was the ruling? _____

_____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc. Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

☐ Yes    ☑ No    ☐ I DON'T KNOW ~ *They dismissed*

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

_____

_____

_____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A. What was or is your employer? *GCA Staff of Staff of Agency*

3

*See attached sheet form in complaint letter*

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

GCA Staffing Rep. Rivetta Hicks - mother w/ black hair (Dolores Tri-Tech) Human Resource Officer Employee that stated that "if I wasn't a KDC's property that she would kick my ass". Black skinned dark, 5'5 in height, 160 lbs, 25 years to 35 years old. GCA staffing rep. Wanda Looks to be my statement of complaint

C. If you were fired, what reasons were given for your discharge?

That Virginia had to be at "Hire and Fire law" told by same GCA staff rep that said on the particular day that "if she was me, she wouldn't say anything"

If you disagree with those reasons, what do you think were the real reasons?

That I wouldn't entertain w/ Captain talk to the inmates, to Sergeants (Kary) and I think to background check supposed that one issue of I didn't conform to serve inmates taste. See explanation on back of sheet →

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? I don't know if wasn't offered one.

E. If so, did you file a grievance with your employer?
I wasn't offered one.

If you did, what action was taken? _____

4

F. In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

In 2003 my ex Sister in law 23 yrs at the time (me 33) didn't want me to talk to my brother about a Question that I had to ask him. When I started to speak she jumped into my face (5'9 inches tall, Brazil B-racial, told me that she didn't like me anyway and that she was going to beat me up and that I should get my ass outside of my Grandma's house so that [scribble] she could do it. I flinched and picked up a kitchen butcher knife and lunged it at her. I was charged w/ assault and battery and intent to do bodily harm. Spent 2weeks in the Henry Co. Jail (Martinsville VA) And paid $1,000 in court fines (on probation)

G. If you were fired, have you been working since that time? No I'm currently on Veterans Disability

If yes, for whom have you worked? _____ er a medical issue

What did you do? _____

If you did not get another job, have you received unemployment compensation? Yes and Veterans Disability (See proof w/ complaint)

If yes, for how long? _Since July 2016_

H. What relief do you want from this court? For example: _An apology in writing and a chance for another pastor of some_

Do you want your job back? _I would take it back._

Have you suffered any damages? _Yes. I'm medicated and not seen Lynch By_

If so, how much? _I can't find anything else._

OTHER: _I've got a working history of twenty yrs, but I can't drive anymore, I can't see anymore, and I don't have formal education. Temp jobs are the only option._

Attach additional sheets of paper as necessary and label this information as paragraph I., etc. Check here if additional sheets of paper are attached. ☐

Signature of Plaintiff _[signature]_

VERIFICATION

State of _Virginia_

County of _[illegible]_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _6th_ day of _March 2017_

Signature of Plaintiff _[signature]_